NO. 07-08-0059-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

APRIL 14, 2008
_____

SMITH INTERNATIONAL, INC. AND/OR SMITH SERVICES
AND HARLEY TYLER,

Appellants

V.

ISRAEL BUSTAMANTE,

Appellee
_____

FROM THE 286th DISTRICT COURT OF COCHRAN COUNTY;

NO. 06-04-3964; HON. HAROLD PHELAN, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants, by and through their attorney, represent to the court that they no longer wish to pursue this appeal and ask the Court to dismiss it. Appellee agrees to this motion. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2), vacate the trial court's judgment, and dismiss the case. TEX R. APP. P. 43.2(e) (stating that an appellate court may vacate a trial court's judgment and dismiss the case). Our having done so at the request of all the litigants, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice